ORIGINAL

(Del Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

**Ashley T. Adams**
(Name of Plaintiff)

v.

CIVIL ACTION No. _____ 0 5 - 2 4 8

**DELAWARE PARK, et al**
(Name of Defendant)

## COMPLAINT UNDER TITLE VII
## OF
## THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to *Title VII of the Civil Rights Act of 1964*, as amended, for **employment discrimination**. Jurisdiction exists by virtue of 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff resides at

716 North Barrett Lane
(Street Address)

Christiana, New Castle, DE 19702
(City) (County) (State) (Zip Code)

302 - 393 - 3525
(Area Code) (Phone Number)

3. Defendant resides at, or its business is located at

777 Delaware Park Blvd
(Street Address)

Newark, New Castle, DE 19804
(City) (County) (State) (Zip Code)

4. The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's place of business

DELAWARE PARK
(Defendant's Name)
located at

777 Delaware Park Blvd.
(Street Address)

Newark, New Castle, DE 19804
(City) (County) (State) (Zip Code)

5. The alleged discriminatory acts occurred on,

Repeating occurring incidents on or about June 2002 continuing December 2002.
(Day) (Month) (Year)

6. The alleged discriminatory practice    is        **X**    is not continuing.

7. Plaintiff filed charges with the Department of Labor of the State of Delaware,

Division of Industrial Affairs
(Agency)

P.O. Box 9954, Wilmington
(Street Address) (City)

New Castle, DE  19809-9954
(County) (State) (Zip Code)


Regarding, defendant's alleged discriminatory conduct on,

On or about June 2002 continuing December 2002
(Day) (Month) (Year)

8. Plaintiff filed charges with the Equal Employment opportunity Commission of the United States regarding defendant's alleged discriminatory conduct on:

16    09    2002
(Day) (Month) (Year)

9. The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter which was received by plaintiff on:

01    03    2005
(Day) (Month) (Year)

## *(NOTE: ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)*
10. The alleged discriminatory acts, in this suit, concern:
A.         Failure to employ plaintiff.
B. **X**   Termination of plaintiff's employment.
C. **X**   Failure to promote plaintiff. [Unfair work performance evaluations]
D. **X**   Other acts (please specify below):

*Hostile work environment
*Quid pro quo sexual harassment
*Retaliation for reporting sexual harassment to Human Resources and The Department of Labor
*Discriminating against disabilities, changing the job description to include a 25 pound lifting weight requirement after the Plaintiff was hired with no weight lifting requirements; only after Plaintiff was injured in an accident, to force Plaintiff to resign. Mocked and made gestures to imitate physical limitations due to accident injury.

A.         Plaintiff's race
B.         Plaintiff's color
C. **X**   Plaintiff's sex
D.         Plaintiff's religion
E.         Plaintiff's national origin

12. A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

13. If relief is not granted, plaintiffs will be irreparably denied rights secured by Title VII of the 1964 Civil Rights Act, as amended.

14. Plaintiff's has no adequate remedy at law to redress the wrongs described above.

### THEREFORE, Plaintiff prays as follows: (Check appropriate letter(s))

A. X     That all fees, cost or security attendant to this litigation be hereby waived.
B. X     That the Court appoint legal counsel.
C. X     That the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 28, 2005

_Ashley T Adams_
(Signature of Plaintiff)


Attorney for Defendant:

WENDY K. VOSS, ESQ.
POTTER ANDERSON & CORROON, LLP
1313 N. MARKET ST, PO BOX 951
WILMINGTON, DE 19888-0951

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974

| ENTER CHARGE NUMBER | |
|---|---|
| ☐ FEPA | 0211716 |
| ☐ EEOC | 17CA300071 |

**Delaware Department of Labor** and **EEOC**
(State, or local Agency, if any)

| NAME (Indicate Mr., Mrs., Ms) | HOME TELEPHONE NO. (Include Area Code) |
|---|---|
| Ms. Ashley Taylor Adams | (302) 393-3525 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 716 N. Barrett Lane | Christiana DE 19702 | NCC |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)

| NAME | NO. OF EMPLOYEES OR MEMBERS | TELEPHONE NUMBER (Incl. Area Code) |
|---|---|---|
| Delaware Park | 500+ | (302) 994-2521 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| 777 Delaware Park Boulevard, | Wilmington, DE 19804 |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| | |

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN ☐ AGE
☒ RETALIATION ☐ DISABILITY ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 7/02
LATEST 9/16/02
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s):

I began my employment with Respondent in April of 2002. I am a female. I was injured in a car accident and returned to work on light duty in July of 2002. Since that time, I have been subjected to sexually harassing behavior by Jim Mullen, Manager. This behavior has included sexual innuendo and learing at me, stalking me in work locations, and asking others if he was a "pervert" around me. He has also insinuated sexual deviant practices to me, including having sex with a dog. I complained of this behavior to Mikki Nardo, Human Resources, who only asked if he had a crush on me, and put the onus on me to remedy the situation. Nardo told me to "come back" if I wanted to file a formal complaint. I did not file a formal complaint, but was informed days later (in mid-August) that my allegations were unfounded. Afterwards, I was forced to confront the perpetrator at a meeting, where I brought up my concerns to Human Resources. Two (2) days after my complaint, I was presented with an ultimatim that I needed to return to work with no restrictions. I provided a doctor's note to that effect, but was instructed to provide an additional doctor's note clearing me to return to work. I provided this documentation by the requested date (September 12, 2002). Larry Anderson, Director of Audit Services, apologized to me for a situation involving a co-worker, and requested that I provide a confidential statement to him regarding the matter. However, I soon found out that Human Resources was involved, and I received a verbal reprimand from Respondent.

I believe that, in violation of Title 7 of the Civil Rights Act of 1964, as Amended, and Title 19 of the Delaware Code, Chapter 7, as Amended, I was discriminated against base on my sex (female, sexual harassment) and retaliated against after I made a complaint of sexual harassment. I was forced to remedy the problem myself, and informed that there was no validity to my claim. Further, after my complaint, I was was forced to return to work with no restrictions, and received a reprimand for an argument between myself and another co-worker.

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SIGNATURE OF COMPLAINANT

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Date 9/16/02   Charging Party (Signature) Ashley Taylor Adams

NOTARY - (When necessary to meet State and Local Requirements)

Subscribed and sworn to before me this date   (Day, month, and year)

EEOC FORM 5 REV 6/92   PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED

EEOC Form 161 (3/98)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Ashley T. Adams
716 N. Barrett Lane
Christiana, DE 19702

From: Philadelphia District Office
21 South 5th Street
Suite 400
Philadelphia, PA 19106

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 17C-2003-00071 | Charles Brown, III, State & Local Coordinator | (215) 440-2842 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*/s/ Marie M. Tomasso*

March 1, 2005

Enclosure(s)

Marie M. Tomasso,
District Director

(Date Mailed)

cc: DELAWARE PARK

WENDY K. VOSS, ESQ.
POTTER ANDERSON & CORROON, LLP
1313 N. MARKET ST, PO BOX 951
WILMINGTON, DE  19899-0951