IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY T. ADAMS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-248 (KAJ) |
| | ) | |
| DELAWARE PARK, | ) | |
| | ) | |
|     Defendant. | ) | |

**ENTRY OF APPEARANCE**

    PLEASE ENTER the appearance of Wendy K. Voss as counsel of record on behalf of Defendant Delaware Park.

POTTER ANDERSON & CORROON LLP

By: _____
    Wendy K. Voss (No. 3142)
    Hercules Plaza – Sixth Floor
    1313 North Market Street
    Wilmington, DE 19801
    (302) 984-6076 (Telephone)
    (302) 658-1192 (Facsimile)
    wvoss@potteranderson.com (Email)

*Attorneys for Defendant*

Dated: July 11, 2005

PA&C-689890v1

## CERTIFICATE OF SERVICE

I hereby certify this 11th day of July, 2005, that the foregoing **ENTRY OF APPEARANCE** was electronically filed via LexisNexis File & Serve and two (2) true and correct copies mailed via **FIRST CLASS MAIL, POSTAGE PREPAID** on the following:

> Ashley Taylor Adams
> 716 North Barrett Lane
> Christiana, Delaware 19702

                                                Wendy K. Voss (No. 3142)
                                                Hercules Plaza – Sixth Floor
                                                1313 North Market Street
                                                Wilmington, DE  19801
                                                (302) 984-6076 (Telephone)
                                                (302) 658-1192 (Facsimile)
                                                wvoss@potteranderson.com (Email)