IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY T. ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-248 (KAJ) |
| | ) | |
| DELAWARE PARK, | ) | |
| | ) | |
| Defendant. | ) | |

**DISCLOSURE OF DELAWARE PARK LLC**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Fed. R. Civ. P. 7.1, defendant Delaware Park LLC, by and through its undersigned attorneys, hereby certifies as follows:

Defendant Delaware Park LLC is a limited liability company that has no parent company. No publicly traded company owns any stock or holds any interest in Delaware Park LLC.

POTTER ANDERSON & CORROON LLP

By: _____
Wendy K. Voss (No. 3142)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6076 (Telephone)
(302) 658-1192 (Facsimile)
wvoss@potteranderson.com (Email)

*Attorneys for Defendant*

Dated: July 11, 2005
PA&C-689935v1

## CERTIFICATE OF SERVICE

I hereby certify this 11th day of July, 2005, that the foregoing **DISCLOSURE OF DELAWARE PARK LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** was electronically filed via LexisNexis File & Serve and two (2) true and correct copies mailed via **FIRST CLASS MAIL, POSTAGE PREPAID** on the following:

>Ashley Taylor Adams
>716 North Barrett Lane
>Christiana, Delaware 19702

>*/s/ Wendy K. Voss*
>Wendy K. Voss (No. 3142)
>Hercules Plaza – Sixth Floor
>1313 North Market Street
>Wilmington, DE 19801
>(302) 984-6076 (Telephone)
>(302) 658-1192 (Facsimile)
>wvoss@potteranderson.com (Email)