**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Ashley T. Adams | COURT CASE NUMBER: CA 05-248 KAJ |
| DEFENDANT: Delaware Park | TYPE OF PROCESS: Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Delaware Park

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 777 Delaware Park Blvd, Newark, DE 19804

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ashley T. Adams
716 North Barrett Lane
Christiana, DE 19702

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Pauper Case

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Ashley T. Adams
TELEPHONE NUMBER: 302-393-3525
DATE: 5/27/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Bill Fasy, Chief Op. Officer

Date of Service: 7/8/05
Time: 1030 am
Signature of U.S. Marshal or Deputy: S. Paley

REMARKS:

2005 JUL 11 PM 2:56

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)