IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY T. ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-248 (KAJ) |
| | ) | |
| DELAWARE PARK, | ) | |
| | ) | |
| Defendant. | ) | |

### ANSWER OF DEFENDANT TO THE COMPLAINT

As answer to the Complaint, Defendant Delaware Park LLC (named herein as "Delaware Park") states as follows:

1. The allegations of this paragraph state legal conclusions to which no response is required. To the extent a response to this paragraph may be required, such allegations are denied.

2. Defendant lacks information sufficient to form a belief as to the truth of the allegations in this paragraph.

3. The allegations of this paragraph are denied as stated. By way of further response, Defendant states that its business is located at 777 Delaware Park Boulevard, Wilmington, DE 19804.

4. The allegations of this paragraph are denied.

5. The allegations of this paragraph are denied.

6. The allegations of this paragraph are admitted. Defendant specifically denies any implication of wrongdoing arising from the allegations of this paragraph.

7.  The allegations of this paragraph are denied as stated. By way of further response, Defendant admits that Plaintiff filed a Charge of Discrimination with the Delaware Department of Labor on or about September 16, 2002.

8.  The allegations of this paragraph are admitted.

9.  Defendant admits that the Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter on or about March 1, 2005. Defendant lacks information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

10. The allegations of this paragraph are denied.

11. The Complaint contains no paragraph 11.

12. Defendant admits that a copy of the Charge of Discrimination filed by Plaintiff with the Equal Employment Opportunity Commission is attached to the Complaint. Defendant specifically denies the allegations of wrongdoing contained in the Charge of Discrimination.

13. The allegations of this paragraph are denied.

14. The allegations of this paragraph are denied.

### **FIRST DEFENSE**

The Complaint fails to state a claim upon which relief may be granted.

### **SECOND DEFENSE**

Plaintiff is not entitled to an award of damages or other legal or equitable relief under the facts and circumstances of this case.

### **THIRD DEFENSE**

Some or all of the monetary claims asserted in the Complaint are barred by virtue of Plaintiff's failure to mitigate her alleged damages, if any.

## FOURTH DEFENSE

Defendants' conduct towards and treatment of Plaintiff was at all times based upon reasonable, legitimate, non-discriminatory, and non-retaliatory factors.

## FIFTH DEFENSE

At the time of any and all alleged harassment, Defendant had in place an effective policy and took reasonable care to prevent and correct harassment, discrimination and retaliation, and Plaintiff unreasonably failed to take advantage of such corrective or preventive measures by Defendant.

## SIXTH DEFENSE

Some or all of Plaintiff's claims are barred by her failure to exhaust administrative remedies.

## SEVENTH DEFENSE

Some or all of Plaintiff's claims are barred by the applicable statute of limitations.

WHEREFORE, Defendant respectfully prays for judgment in its favor, that the Complaint be dismissed with prejudice, that Defendant be awarded its costs and attorneys fees, and such other relief as the Court deems just and proper.

POTTER ANDERSON & CORROON LLP

By: _____
Wendy K. Voss (No. 3142)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6076 (Telephone)
(302) 658-1192 (Facsimile)
wvoss@potteranderson.com (Email)

*Attorneys for Defendant, Delaware Park*

Dated: July 27, 2005

## CERTIFICATE OF SERVICE

I hereby certify this 27th day of July, 2005, that the foregoing **ANSWER OF DEFENDANT TO THE COMPLAINT** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and two (2) true and correct copies mailed via **FIRST CLASS U.S. MAIL, POSTAGE PREPAID** on the following:

> Ashley Taylor Adams
> 716 North Barrett Lane
> Christiana, Delaware 19702

*/s/ Wendy K. Voss*

Wendy K. Voss (No. 3142)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6076 (Telephone)
(302) 658-1192 (Facsimile)
wvoss@potteranderson.com (Email)