

# Potter
# Anderson
# Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Wendy K. Voss
Partner
Attorney at Law
wvoss@potteranderson.com
302 984-6076 Direct Phone
302 658-1192 Fax

September 6, 2005

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re: <u>Adams v. Delaware Park, C.A. No. 05-248-KAJ</u>

Dear Judge Jordan:

  I am writing on behalf of the parties in the above-referenced matter to submit the parties' proposed discovery plan and form of Scheduling Order, in anticipation of the telephonic scheduling conference set for 4:00 p.m. on September 9, 2005.

                Respectfully submitted,

                Wendy K. Voss

WKV/drt
Enclosure

cc: Clerk of the Court (via Electronic Filing and Hand Delivery)
   Ms. Ashley T. Adams (via First Class Mail)

PA&C-697019