

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Wendy K. Voss
Partner
Attorney at Law
wvoss@potteranderson.com
302 984-6076 Direct Phone
302 658-1192 Fax

September 12, 2005

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    <u>**Adams v. Delaware Park, C.A. No. 05-248-KAJ**</u>

Dear Judge Jordan:

      Pursuant to your request during the scheduling teleconference held on Friday, September 9, 2005 at 4:00 p.m., enclosed is a revised proposed scheduling order.

      If Your Honor has any questions or comments counsel is available at Your Honor's convenience.

Respectfully submitted,

Wendy K. Voss

WKV/rb
Enclosure

cc:    Clerk of the Court (via Electronic Filing and Hand Delivery)
        Ms. Ashley T. Adams (via First Class Mail)

PA&C-698579