IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY T. ADAMS,<br><br>    Plaintiff, *pro se,*<br><br>v.<br><br>DELAWARE PARK,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:  C.A. No. 05-248- KAJ<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on this 13th day of September, 2005, two (2) true and correct copies of the foregoing **DEFENDANT'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF** and **DEFENDANT'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF** were served on the Plaintiff *pro se* as follows and filed with this Court:

### FIRST CLASS U.S. MAIL POSTAGE PREPAID

Ashley T. Adams, *pro se*
716 North Barrett Lane
Christiana, DE 19702

POTTER ANDERSON & CORROON LLP

By: ___*Suzanne M. Hill*___
Wendy K. Voss (#3142)
Suzanne M. Hill (#4414)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000

*Attorneys for Defendant Delaware Park, L.L.C.*

Dated: September 13, 2005
PA&C 698899v1

## CERTIFICATE OF SERVICE

I, Suzanne M. Hill, hereby certify that on September 13, 2005 the foregoing **DEFENDANT DELAWARE PARK, L.L.C.'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF** and **FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF** and **NOTICE OF SERVICE** were electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and two true and correct copies were served on Plaintiff, *pro se*, as follows:

<u>Via First Class U.S. Mail, Postage Prepaid</u>
Ashley T. Adams, *pro se*
716 North Barrett Lane
Christiana
New Castle, Delaware 19702

_____
Suzanne M. Hill (#4414)

PA&C 698899v1