**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASHLEY T. ADAMS, | ) |
| | ) |
| Plaintiff, *pro se*, | ) |
| | ) |
| | ) |
| | ) Civil Action No. 05-248 (KAJ) |
| | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| DELAWARE PARK, | ) |
| | ) |
| Defendant. | |

Initial Disclosures (Rule 26)

1. Plaintiff, *pro se*, asks the Court and defense counsel to file Initial Disclosures and subsequent filings by standard filing methods, hand delivery / or first class mail to Court.

2. Pursuant to Federal Rule of Civil Procedure 26 (a) (1), General Provisions Governing Discovery; Duty of Disclosure (a) Required Disclosures; Methods to Discover Additional Matter (1) Initial Disclosures (a) the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information; Plaintiff submits Initial Disclosures:

3.  Name:       James Mullin, former Audit Services Manager, Delaware Park

    Address:    New Jersey

    Telephone:  Unknown

4.  Name:       Larry Anderson, former Audit Services Director, Delaware Park

    Address:    Maryland

    Telephone:  Unknown

5.  Name:       Sherri Griffin, former Audit Services Auditor, Delaware Park

    Address:    Dover, Delaware

    Telephone:  Unknown

6.  Name:       Micki Nardo, Human Resources, Delaware Park

    Address:    777 Delaware Park Boulevard
                Wilmington, DE  19804

    Telephone:  302-994-2421

7.     Name:     Jackie Ruffin, Human Resources Admin., Delaware Park

       Address:     777 Delaware Park Boulevard
Wilmington, DE 19804

       Telephone:   302 -994 - 2421

8.     Name:     Nancy Mysko, Human Resources
Delaware Park

       Address:     777 Delaware Park Boulevard
Wilmington, DE 19804

       Telephone:   302 -994 - 2421

9.     Name:     Joe Rudisill, Management,
Delaware Park

       Address:     777 Delaware Park Boulevard
Wilmington, DE 19804

       Telephone:   302 -994 - 2421

10.     Name:     Shannon DeLucia, Risk Services Director
Delaware Park

       Address:     777 Delaware Park Boulevard
Wilmington, DE 19804

       Telephone:   302 -994 - 2421

11.  Name:     Bill Fasey, CEO, Delaware Park

   Address:   777 Delaware Park Boulevard

             Wilmington, DE  19804

   Telephone:  302 -994 - 2421

12.  Name:     Eldon Pilkinton, Security

   Address:   777 Delaware Park Boulevard

             Wilmington, DE  19804

   Telephone:  302 -994 - 2421

13.  Name:     Lonnie Allbaugh

             Labor Law Enforcement Officer

   Address:   Department of Labor

             P.O. Box 9954

             Wilmington, DE  19809

   Telephone:  302 – 761 – 8200

14.     Name:     Julie Cutler

                            Labor Law Enforcement Supervisor

            Address:     Department of Labor

                            P.O. Box 9954

                            Wilmington, DE  19809

            Telephone:    302 – 761 – 8200


15.     Name:     Susan Anders

                            Labor Law Enforcement Administrator

            Address:     Department of Labor

                            P.O. Box 9954

                            Wilmington, DE  19809

            Telephone:    302 – 761 – 8200


This listing is not to be construed as exclusive, rather to be appended as additional information is available to the Plaintiff in the proceedings. Plaintiff, however intends to subpoena all listed.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY T. ADAMS, )<br>)<br>Plaintiff, *pro se*, )<br>)<br>)<br>) Civil Action No. 05-248 (KAJ)<br>)<br>)<br>v. )<br>)<br>)<br>DELAWARE PARK, )<br>)<br>Defendant. | |

### CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of September, 2005 served the foregoing Plaintiff's Initial Disclosures Rule 26(a) upon the following via first class mail and addressed as follows:

Potter & Anderson Corroon LLP

Wendy Voss, Attorney for Defendant

1313 North Market Street

Wilmington, DE  19801

*/s/ Ashley T. Adams*

Ashley T. Adams

Plaintiff, *pro se*