IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY T. ADAMS, | ) |
|       Plaintiff, *pro se*, | ) |
| | ) Civil Action No. 05-248 (KAJ) |
| v. | ) |
| DELAWARE PARK, | ) |
|       Defendant. | ) |

**NOTICE OF MOTION TO DENY CONFIDENTIALITY ORDER**

TO: Delaware Park
    Wendy Voss, Attorney for Defendant
    1313 North Market Street
    Wilmington, DE 19801

PLEASE TAKE NOTICE that the attached Motion will be presented to the Court by Ashley T. Adams, Plaintiff, at the Court's convenience.

*/s/ Ashley T. Adams*
Ashley T. Adams

Ashley T. Adams
716 North Barrett Lane
Christiana, DE 19702

Dated: September 20, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASHLEY T. ADAMS,           )
                           )
    Plaintiff, *pro se*,   )
                           )
                           )
                           )
                           )   Civil Action No. 05-248 (KAJ)
                           )
                           )
                           )
                           )
    v.                     )
                           )
                           )
                           )
DELAWARE PARK,             )
                           )
    Defendant.             )

**Motion to Deny CONFIDENTIALITY ORDER**

1. Plaintiff, moves to the Court, to deny the need of **CONFIDENTIALITY ORDER.** Such order as proposed by Defendant, would limit valuable information needed for Plaintiff to pursue. Such employment information in an action concerning Employment Discrimination is mandatory, and exclusion of such information would thus, deny Plaintiff's ability to present relevant employment documents critical to Plaintiff's action.

2. WHEREBY, the Plaintiff requests **NO CONFIDENTIALITY ORDER.**

*Ashley T Adams*

Ashley T. Adams

Plaintiff, *pro se*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY T. ADAMS, | ) |
| | ) |
| Plaintiff, *pro se*, | ) |
| | ) |
| | ) Civil Action No. 05-248 (KAJ) |
| v. | ) |
| | ) |
| DELAWARE PARK, | ) |
| | ) |
| Defendant. | |

### ORDER

**NOW TO WIT,** this day of _____, 20\_\_, Plaintiff's motion to **NO CONFIDENTIALITY ORDER** is hereby granted.

IT IS SO ORDERED,

_____
Judge Kent A. Jordan

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY T. ADAMS, | ) |
| | ) |
| Plaintiff, *pro se,* | ) |
| | ) |
| | ) Civil Action No. 05-248 (KAJ) |
| v. | ) |
| | ) |
| DELAWARE PARK, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of September, 2005 served the foregoing Plaintiff's request for **NO CONFIDENTIALITY ORDER** upon the following via first class mail and addressed as follows:

Potter & Anderson Corroon LLP

Wendy Voss, Attorney for Defendant

1313 North Market Street

Wilmington, DE  19801

*Ashley T Adams*

Ashley T. Adams

Plaintiff, *pro se*