IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY T. ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-248 (KAJ) |
| | ) | |
| DELAWARE PARK, | ) | |
| | ) | |
| Defendant. | ) | |

**RULE 26(A) DISCLOSURES OF DEFENDANT
DELAWARE PARK, L.L.C.**

Defendant Delaware Park, L.L.C. (names herein as "Delaware Park") by and through its undersigned attorneys, hereby makes the following disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1).

(A) Individuals likely to have discoverable information that Defendant may use to support its claims or defenses, and the subjects of the information:

Response:

| Individual | Areas of Knowledge |
|---|---|
| Ashley Adams | All aspects of Plaintiffs' claims. |

As current and former management employees of Delaware Park, the following individuals may not be contacted, except through the undersigned counsel:

| | |
|---|---|
| Lawrence Anderson | All aspects of Plaintiff's claims. |
| James Mullins | All aspects of Plaintiffs' claims. |

| | |
|---|---|
| Shannon DeLucia | Delaware Park's requirement that Plaintiff return to work fulltime. |
| Nancy Myshko | Delaware Park's policies and procedures. Plaintiff's termination from employment. |
| Micki Nardo | Delaware Park's investigation of Plaintiff's internal complaint of harassment and retaliation, and resolution thereof. |

And possibly others to be determined as Defendant's investigation continues.

(B)    Documents, data, compilations and tangible things in the possession, custody, or control of Defendant that Defendant may use to support its claims or defenses:

Response:

1. Plaintiff Ashley Adams' personnel file;

2. Documents related to Defendant's employee policies;

3. Documents related to Defendant's investigation of Plaintiff's internal complaints;

4. Miscellaneous documents related to Plaintiff's absence from work due to medical reasons and otherwise related to Plaintiff's employment with Defendant.

5. Documents related to Plaintiff's alleged comparators, if any.

(C)    A computation of any category of damages claimed by Defendant:

Response:    None.

(D)    Insurance agreements under which any person or entity carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered

in this action, or to indemnify or reimburse defendant for payments made to satisfy the judgment:

    <u>Response</u>:    None.

                                                POTTER ANDERSON & CORROON LLP

                                                By: /s/ Suzanne M. Hill
                                                        Wendy K. Voss (#3142)
                                                        Suzanne M. Hill (#4414)
                                                        Hercules Plaza, Sixth Floor
                                                        1313 North Market Street
                                                        P.O. Box 951
                                                        Wilmington, DE 19899
                                                        (302) 984-6000

                                                *Attorneys for Defendant Delaware Park, L.L.C.*

Dated: September 20, 2005
PA&C-696501

## CERTIFICATE OF SERVICE

I, Suzanne M. Hill, hereby certify that on September 20, 2005 the foregoing **RULE 26(A) DISCLOSURES OF DEFENDANT DELAWARE PARK, L.L.C.** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and two (2) true and correct copies were served on Plaintiff, *pro se*, as follows:

**Via First Class Mail**
Ashley Taylor Adams, *pro se*
716 North Barrett Lane
Christiana, Delaware 19702

*Suzanne M. Hill*
Suzanne M. Hill (#4414)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000 (Telephone)
(302) 658-1192 (Facsimile)
shill@potteranderson.com (Email)