

# Potter
# Anderson
# &Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Wendy K. Voss
Partner
Attorney at Law
wvoss@potteranderson.com
302 984-6076 Direct Phone
302 658-1192 Fax

September 26, 2005

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801

      Re:    **Adams v. Delaware Park, C.A. No. 05-248-KAJ**

Dear Judge Jordan:

      Pursuant to the case Scheduling Order entered on September 13, 2005 (D.I. 13), I am writing to submit Defendant's draft Stipulated Confidentiality Order (the "proposed Order"), which is enclosed for Your Honor's reference. In addition, I am writing in response to Plaintiff's Motion to Deny Confidentiality Order, which was filed on September 19, 2005 (D.I. 21). I understand Ms. Adams' motion to concern a matter in the nature of a discovery dispute and thus appropriate to address in letter form, per the Court's Scheduling Order.

      At the parties' Rule 26(f) conference, held on August 29, 2005, I provided the proposed Order to Ms. Adams for her consideration. Ms. Adams agreed to review it in further detail, and thereafter to advise me whether she would agree to submit the proposed Order to the Court. In lieu of doing so, however, she filed her motion with the Court. Thus, at the time the motion was filed, Delaware Park was unaware that any dispute existed as to the contents of the Order.

      I subsequently spoke with Ms. Adams, and on September 26, 2005 she faxed the attached correspondence to me, dated September 24, 2005, in which she again set out her position in regard to the proposed Order. As I understand her objection, she believes the proposed Order will preclude her from obtaining discovery of matters relevant to her lawsuit. Ms. Adams has not suggested any change(s) to the proposed Order which might make it acceptable to her, but rather has taken the position that no Order is required.

      As Your Honor is well aware, such Orders are routinely agreed to by the parties and entered by the Court in order to protect the interests of third parties who are not directly involved in the litigation as well as to protect confidential business information – not for the purpose of

The Honorable Kent A. Jordan
September 26, 2005
Page 2

precluding discovery on relevant topics. Delaware Park submits that nothing in the proposed Order would have the effect of precluding appropriate discovery, and I have so stated to Ms. Adams (as is reflected in her correspondence of Sept. 24, 2005).

      Therefore, for the foregoing reasons, Delaware Park request that the Court enter the Confidentiality Order, with any modifications the Court may require.

      If Your Honor believes further discussion is warranted, I would be happy to facilitate a conference call with the parties.

      Respectfully submitted,

      Wendy K. Voss

WKV/drt
Enclosures

cc:    Clerk of the Court (via Electronic Filing and Hand Delivery)
        Ms. Ashley T. Adams (via First Class Mail)

PA&C-700882