

Rec'd 9-26-05
@ 9:00 a.m.

September 24, 2005

Dear Wendy Voss,

I am faxing my comments to the Confidentiality Order as well as the document you requested regarding a date stamp by the Department of Labor, dated July 08, 2003, regarding retaliation and termination.

### Confidentiality Order comments

After reading this order again, as we discussed that I should do so, I still am uncomfortable as to the reading which favors the defense in all aspects and the writing clearly to my understanding would subject Plaintiff to limitations in the discovery process.
   Paragraph 2 page (1): Whereas, personnel information......such as performance-related issues.....
   Paragraph 3 page (1): Whereas, personnel information......employee is confidential to that employee........
   Paragraph 4 page (1): disclosure of such information may prove damaging to employees
   Paragraph 5 page (2) desires a mechanism to protect the disclosure........

What would be the agenda to make Rule 26.2, one paragraph into a document of nine (9) pages, if in fact, the purpose of the Confidentiality is to prohibit misuse of documents by the obligation to keep such documents confidential and use them only for purposes of litigation.

### Clarification to Initial Disclosures (Rule 26) number 1.

Plaintiff receives a letter dated September 21, 2005, from Defense Counsel, Wendy Voss, addressing the first paragraph of Plaintiff's Initial Disclosures. Plaintiff apologizes for the wording that resulted in Defense Counsel's understanding that it was directing the request for Defendant to file responses by standard filing methods, hand delivery or first class mail. This was not the intention. Plaintiff was asking the Court and Defense Counsel if "Plaintiff could file by standard filing methods, hand delivery or first class mail", because Plaintiff does not have the "electronic means" to file documents electronically through the Court's website. My sincerest apologizes for Plaintiff's 'awkward' wording that resulted in this misunderstanding. Plaintiff asks this request based on the writing in the Scheduling Order that outlines the filing procedures which requests filings be made electronically.

Ashley Adams