## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY T. ADAMS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-248-KAJ |
| DELAWARE PARK, | : |
| Defendant. | : |

### ORDER

At Wilmington this **5th** day of **October, 2005**,

IT IS ORDERED that the mediation conference scheduled for Monday, October 24, 2005 beginning at 4:30 p.m. has been rescheduled to **Wednesday, November 2, 2005 at 4:30 p.m.** Mediation statements shall now be due on or before **Wednesday, October 26, 2005.** All other provisions of the Court's October 5, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE