IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHLEY T. ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 05-248 (KAJ) |
| DELAWARE PARK, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Oral argument on plaintiff's motion to deny confidentiality order (D.I. 21) in the above-captioned action will be heard on **November 10, 2005** beginning at 2:00 p.m. and concluding at 3:00 p.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

/s/ Kent A. Jordan
_____
UNITED STATES DISTRICT JUDGE

Dated:   October 18, 2005
Wilmington, Delaware