IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY T. ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-248 (KAJ) |
| ) | |
| DELAWARE PARK, ) | |
| ) | |
| Defendant. ) | |

## VERIFICATION

I, Nancy Myshko, hereby certify the following:

(1) I am a Senior Vice President for Delaware Park, LLC,

(2) I am authorized to execute this verification on behalf of Delaware Park LLC,

(3) that the facts stated in "Defendant's Responses to Plaintiff's First Set of Interrogatories" have been assembled by authorized employees and the attorneys of Defendant,

(4) that certain of the matters stated therein are not within my personal knowledge, and

(5) that I am informed and verify that the facts therein are true and correct to the best of my information and belief.

I declare under penalty of perjury that the foregoing Defendant's Responses to Plaintiff's First Set of Interrogatories are true and correct.

DELAWARE PARK LLC

By: _____
Nancy Myshko

Dated: Oct. 19, 2005

SUBSCRIBED AND SWORN TO
on this 19th day of October, 2005

_____
Notary Public