

**Potter
Anderson
& Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Wendy K. Voss
Partner
Attorney at Law
wvoss@potteranderson.com
302 984-6076 Direct Phone
302 658-1192 Fax

November 4, 2005

### VIA ELECTRONIC FILING

The Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    <u>Adams v. Delaware Park, C.A. No. 05-248-KAJ</u>

Dear Judge Jordan:

      I am writing to update the Court regarding the status of the above-referenced matter. On November 2, 2005, the parties reached an agreement to settle the case during a mediation conference with Magistrate Judge Thynge. Therefore, the hearing that is currently scheduled for November 10, 2005, at 2:00 p.m., is no longer necessary. The parties expect to submit a stipulation of dismissal to the Court in the near future.

      I am available at the Court's convenience should Your Honor have any questions.

      Respectfully submitted,

Wendy K. Voss
Bar I.D. No. 3142

WKV/drt

cc:    Clerk of the Court (via Electronic Filing and Hand Delivery)
        Ms. Ashley T. Adams (via First Class Mail)

PA&C-706060