IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY T. ADAMS,<br><br>    Plaintiff, *pro se,*<br><br>v.<br><br>DELAWARE PARK,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:  C.A. No. 05-248- KAJ<br>:<br>:<br>:<br>:<br>: |

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED, by and between Plaintiff Ashley T. Adams and Defendant Delaware Park, pursuant to Fed. R. Civ. P. 41(a)(1) and the settlement agreement of the parties, and subject to the approval of the Court, that the above-captioned action is dismissed, with prejudice, with each party to bear its own costs and expenses.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| /s/ Ashley T. Adams | By: /s/ Wendy K. Voss |
| ASHLEY T. ADAMS, *pro se* | Wendy K. Voss (#3142) |
| 716 North Barrett Lane | Suzanne M. Hill (#4414) |
| Christiana | Hercules Plaza 6th Floor |
| New Castle, Delaware 19702 | 1313 N. Market Street |
| (302) 393-3525 | P.O. Box 951 |
|  | Wilmington, DE 19899 |
|  | (302) 984-6000 |
| *Plaintiff pro se* | *Attorneys for Defendant Delaware Park, L.L.C.* |

Dated: November 10, 2005

IT IS SO ORDERED this _____ day of November, 2005.

_____
United States District Judge Jordan

## CERTIFICATE OF SERVICE

I, Wendy K. Voss, certify this 10th day of November 2005, I caused the foregoing **STIPULATION AND ORDER OF DISMISSAL** to be electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and two (2) true and correct copies were served on the Plaintiff *pro se* as follows:

### FIRST CLASS U.S. MAIL POSTAGE PREPAID
Ashley T. Adams, *pro se*
716 North Barrett Lane
Christiana, DE 19702

_____
Wendy K. Voss (#3142)