29

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASHLEY T. ADAMS, :
:
Plaintiff, *pro se*, :
:
v. : C.A. No. 05-248- KAJ
:
DELAWARE PARK, :
:
Defendant. :

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED, by and between Plaintiff Ashley T. Adams and Defendant Delaware Park, pursuant to Fed. R. Civ. P. 41(a)(1) and the settlement agreement of the parties, and subject to the approval of the Court, that the above-captioned action is dismissed, with prejudice, with each party to bear its own costs and expenses.

*Ashley T. Adams*
ASHLEY T. ADAMS, *pro se*
716 North Barrett Lane
Christiana
New Castle, Delaware 19702
(302) 393-3525

*Plaintiff pro se*

POTTER ANDERSON & CORROON LLP

By: _____
Wendy K. Voss (#3142)
Suzanne M. Hill (#4414)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000

*Attorneys for Defendant Delaware Park, L.L.C*

Dated: November 10, 2005

IT IS SO ORDERED this 10th day of November, 2005

_____
United States District Judge Jordan